MICHAEL L DUNCAN
ATTORNEY AT LAW
1950 MARKET STREET
P.0. BOX 707
RIVERSIDE CALIFORNIA 92502
SBN.93385
Telephone (951)216-3447
Facsimile (951)216-3448

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-00252-JSW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER PERMITTING TRAVEL |
| vs. | |
| GARY BOSTICK, | |
| Defendant. | |

Defendant Gary Bostick, by and through his attorney Michael L Duncan, and the United States, by and through Assistant United States Attorney Thomas Newman, hereby agree and stipulate as follows:

1) On November 16, 2015 Magistrate Judge Kandis Westmore granted defendant pretrial release on a $50,000 unsecured bond.

2) Among the conditions of release were restrictions on defendant's travel.

3) Mr. Bostick is requesting permission to travel to Orange County, on October 28, 2016 for the purpose of taking his minor children to Disneyland. The expectation is that they will return on October 30, 2016.

STIPULATION AND PROPOSED ORDER

PERMITTING TRAVEL - 1

4) Neither Pretrial Services Officer Victoria Gibson, nor Assistant United States Attorney Thomas Newman objects to this modification of Mr. Bostick's terms of release for this period.

5) The parties hereby stipulate that the conditions of Mr. Bostick's release be modified to permit him to travel to Orange County from October 28, to October 30, 2016.

6) Pretrial Services Officer Victoria Gibson is aware of this request and has no objection.

      /s/
Thomas Newman
Assistant United States Attorney

      /s/
Michael L Duncan
Attorney for Defendant

ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED

28th day of October, 2016
Dated this [day] of [Month], [year]

*Kandis Westmore*
HON. KANDIS WESTMORE
United States Magistrate Judge