JEFFREY L. BORNSTEIN – 099358
ANDREW G. SPORE – 308756
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: jbornstein@rbgg.com
aspore@rbgg.com

Attorneys for Defendant GARY BOSTICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-00252-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY TRAVEL RESTRICTION** |
| v. | |
| HUGH ROBINSON, et al., | Judge: Hon. Jeffrey S. White |
| Defendants. | |

1  Subject to this Court's confirming order, the United States Attorney, and Defendant
2  Gary Bostick stipulate that the current travel restriction be changed to allow Mr. Bostick to
3  travel within the state of California, rather than just within the Northern District of
4  California.  If Mr. Bostick's intends to be out of the district overnight, he will give notice
5  to Pretrial Services in advance.

6  This stipulation is based on the following:  the parties previously agreed to a
7  modified travel restriction that includes the Northern District of California and Eastern
8  District of California so that Mr. Bostick may bring and pick up his minor daughter to and
9  from school.  When new defense counsel was appointed, government counsel suggested a
10 further modification to include travel within the state of California because both sides
11 believe that this condition would be sufficient but not greater than necessary to assure
12 Mr. Bostick's continued appearances at court hearings and compliance with his pretrial
13 release conditions.

14 United States Pretrial Services Officer, Victoria Gibson, concurred with this request
15 with the additional modification that if Mr. Bostick plans to be out of the district overnight,
16 that he give her prior notice.

17 It is therefore submitted that the requested change is justified by the circumstances
18 of this case and Mr. Bostick's compliance behavior to date.

20 DATED: March 20, 2017          Respectfully submitted,

                                 ROSEN BIEN GALVAN & GRUNFELD LLP


                                 By: */s/ Jeffrey L. Bornstein*
                                     Jeffrey L. Bornstein

                                 Attorneys for Defendant GARY BOSTICK

[3112791-2]

1                                                            15-cr-00252-JSW
STIPULATION AND [PROPOSED] ORDER TO MODIFY TRAVEL RESTRICTION

DATED: March 20, 2017		Respectfully submitted,

UNITED STATES ATTORNEYS OFFICE

By:  */s/ Thomas M. Newman*
     Thomas M. Newman
     Assistant United States Attorney

Attorneys for UNITED STATES OF AMERICA

### ECF ATTESTATION

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO MODIFY TRAVEL RESTRICTION** has been received from Assistant United States Attorney Thomas M. Newman in compliance with Civil L.R. 5-1(i)(3).

DATED: March 20, 2017

By:  */s/ Jeffrey L. Bornstein*
     Jeffrey L. Bornstein

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Gary Bostick travel restriction be modified to allow him to travel within the state of California. If Mr. Bostick is going to be out of the district overnight, he shall give notice in advance to Pretrial Services.

DATED:  March 22, 2017

*Kandis Westmore*
Honorable Kandis A. Westmore
Magistrate Judge, United States District Court